UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRYAN GEESEY
    Debtor(s)          CHAPTER 13

CASE NO. 1:12-00452-MDF

## MOTION TO TERMINATE WAGE ATTACHMENT

**COME NOW**, the Debtor, Bryan Geesey, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor filed a Chapter 13 Petition on January 27, 2012.
2. A wage attachment order was entered on June 16, 2017.
3. All Payments to the trustee have been made and therefore the wage attachment is no longer necessary.

**WHEREFORE**, the Debtor respectfully requests this Court terminate the wage attachment.

Respectfully Submitted,

Date: September 18, 2017

By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor
115 E Philadelphia St
York, PA 17401
cutaialaw@gmail.com
717-304-1841

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    BRYAN GEESEY

    Debtor(s)      CHAPTER 13

     CASE NO. 1:12-00452-MDF

## ORDER TERMINATING WAGE ATTACHMENT

Upon consideration of the above-referenced Debtor's Motion to Terminate Wage Attachment, the wage attachment order entered on June 16, 2017 is hereby terminated.

**By the Court**