```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 12-00452-RNO
Bryan Jay Geesey                                                         Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
```

District/off: 0314-1           User: JGoodling            Page 1 of 1              Date Rcvd: Sep 25, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
                Johnson Controls, Inc.,   Diane Daumler,   575 N. Green Bay Ave (x-90),   Milwaukee, WI 53209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Bryan Jay Geesey dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association jennifer@vittilaw.com,
               tiffany@vittilaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRYAN GEESEY

Debtor(s)    CHAPTER 13

CASE NO. 1:12-00452

## ORDER TERMINATING WAGE ATTACHMENT

Upon consideration of the above-referenced Debtor's Motion to Terminate Wage Attachment, the wage attachment order entered on June 16, 2017 is hereby terminated.

By the Court,

_signature_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: September 25, 2017